**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**


**BEHROUZ ARVON #A088-419-878**          **CASE NO.  3:26-CV-00165 SEC P**

**VERSUS**                                 **JUDGE JAMES D. CAIN, JR.**

**U S IMMIGRATION & CUSTOMS**             **MAG. JUDGE KAYLA D. MCCLUSKY**
**ENFORCEMENT**


## <u>JUDGMENT</u>

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and the court having been advised that the government will not be filing a response,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Behrouz Arvon's (also known as Behrouz B. Farokhi and Behrouz Bajallan-Farokhi) petition is **GRANTED**: Respondents, including the Warden of Jackson Parish Correctional Center, shall (A) immediately release Petitioner from custody without bond, under reasonable conditions of supervision if necessary and (B) if Petitioner has family and/or an emergency contact on record, notify them of the exact location and time of his release no less than two hours before his release.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any possible or anticipated removal or transfer of Petitioner under this present detention

is **PROHIBITED**.[1] Respondents shall, within **24 hours** after Petitioner's release, file a

status report confirming his release.

LAKE CHARLES, LOUISIANA, this 23rd day of March, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In other words, it is the intent of the Court that Petitioner should not be released only to be immediately taken back into custody. The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.